## No. 665
### FUNK EQUITY CO. v. COVERT

Ohio Appeals. Ninth District. Summit County
No. 748. May 25, 1923

**380. WEIGHTS AND MEASURES.**

Suit under 2620 GC—Seller (327) must be injured knowingly by incorrect weights.

FUNK, P. J.

#### Epitomized Opinion

Covert contracted to sell fifty-three steers to Bunting. to be weighed upon scale of defendant. When the steers were being weighed Covert discovered that the scales of defendant were not weighing properly and declined to accept the result of

## CURRENT COURT OF APPEALS--Continued

the weighing. Bunting refused to buy at the weight of any other than defendant's scale: Covet then sold the steers elsewhere at a figure less than the contract price and brought this action under 2620 GC. against defendant, in Common Pleas, where he recovered judgment for $1587.50. Defendant brings error to this court. Held:

Sec. 2620 GC. applies only when one has been deceived or defrauded and unknowingly acts upon incorrect weights to his injury, and therefore has no application to the circumstances of this case. Judgment of Common Pleas reversed and final judgment rendered for defendant.

Attorneys—A. D. Metx and John C. McClaran, for defendant; W. J. Weirick and Weygandt & Ross, for Covert.